# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **KENNETH LOYD DRUMMOND,** | ) |
| Petitioner, | ) |
| v. | ) Case No.: 6:18-CV-00787-VEH-SGC |
| **JIMMY PATRICK, Warden, et al.,** | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On October 12, 2018, the magistrate judge entered a report recommending this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254 by Kenneth Loyd Drummond, be dismissed as unexhausted. (Doc. 6). The petitioner has not filed objections to the report and recommendation.

Having carefully considered *de novo* all of the material in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and her recommendation is **ACCEPTED**. Accordingly, all claims presented in this matter will be dismissed as unexhausted. A certificate of appealability will be denied.

A separate order will be entered.

**DONE** this the 30th day of November, 2018.

**VIRGINIA EMERSON HOPKINS**
Senior United States District Judge